Richard Morin (SBN 285275)
Law Office of Rick Morin, PC
500 Newport Center Drive Suite 610
Newport Beach, CA 92660
Phone: (949) 996-3094
Email: legal@rickmorin.net

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Renee Ilene Hogan, | Case No. 2:22-cv-02259-DAD-DMC |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| Sacramento Valley Teen Challenge, Inc., | |
| Defendant. | |

Pursuant to Local Rule 160, plaintiff Renee Ilene Hogan hereby notifies the Court that the parties have reached a global settlement in this case. Plaintiff will file dispositional documents no more than 21 days from today's date.

Respectfully submitted,

Dated: April 3, 2023

Law Office of Rick Morin, PC

_____
By: Richard Morin
Attorneys for Plaintiff