Richard Morin (SBN 285275)
Law Office of Rick Morin, PC
500 Newport Center Drive Suite 610
Newport Beach, CA 92660
Phone: (949) 996-3094
Email: legal@rickmorin.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Renee Ilene Hogan,<br><br>   Plaintiff,<br><br>v.<br><br>Sacramento Valley Teen Challenge, Inc.,<br><br>   Defendant. | Case No. 2:22-cv-02259-DAD-DMC<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |

  Plaintiff Renee Ilene Hogan and Defendant Sacramento Valley Teen Challenge, Inc. hereby stipulate and agree to dismiss this entire action of all parties and causes of action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

  Respectfully submitted,

Dated: April 13, 2023             Law Office of Rick Morin, PC

                       _____
                       By: Richard Morin
                       Attorney for Plaintiff

Dated: April 13, 2023             Freeman Mathis & Gary, LLP


                       /s/ Craig A. Tomlins
                       By: Craig A. Tomlins
                       Attorney for Defendant